# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.  15-0058-04** |
| **VERSUS** | * | **JUDGE ROBERT G. JAMES** |
| **RUBY JANE MCMILLAN** | * | **MAG. JUDGE KAREN L. HAYES** |

## REPORT AND RECOMMENDATION ON
## FELONY GUILTY PLEA BEFORE THE UNITED STATES MAGISTRATE JUDGE

Upon reference of the District Court pursuant to 28 U.S.C. § 636(b), and with the written and oral consent of the defendant, this cause came before the undersigned U. S. Magistrate Judge on September 2, 2015, for administration of guilty plea and allocution of the defendant, Ruby Jane McMillan under Rule 11 of the Federal Rules of Criminal Procedure.  Defendant was present with her counsel, Mr. Ronald Cook.

After said hearing, it is the finding of the undersigned that the defendant is fully competent, that her plea of guilty is knowing and voluntary, and her guilty plea to Count One of the Indictment, is fully supported by a written factual basis for each of the essential elements of the offense.  In addition, both the government and the defendant have waived their right to object to the report and recommendation.  Accordingly,

IT IS RECOMMENDED that the District Court ACCEPT the guilty plea of the defendant, Ruby Jane McMillan, in accordance with the terms of the plea agreement filed in the record of these proceedings, and that Ruby Jane McMillan be finally adjudged guilty of the offense charged in Count One of the Indictment.

IT IS FURTHER RECOMMENDED that, pursuant to the parties' waiver of their right to

object, that the District Court immediately adopt the report and recommendation without passage of the customary delays.

In Chambers, at Monroe, Louisiana, this 2nd day of September 2015.

KAREN L. HAYES
UNITED STATES MAGISTRATE JUDGE