# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.  15-0058-04 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| RUBY JANE MCMILLAN | * | MAG. JUDGE KAREN L. HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, and the parties having waived their right to object thereto,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Ruby Jane McMillan, and adjudges her guilty of the offense charged in Count One of the indictment against her.

In Chambers, at Monroe, Louisiana, this 3rd day of September, 2015.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE